**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ronald James GOLDBERG, Defendant–Appellant.**

No. 03–50099.
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Sept. 24, 2003.

Joseph H. Gay, Jr., Assistant US Attorney, US Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Robert Ramos, El Paso, TX, for Defendant–Appellant.

Before DUHÉ, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM.[1]

Ronald Goldberg entered a conditional guilty plea to possession with intent to distribute marijuana. He appeals the district court's denial of his motion to suppress the marijuana and argues that the totality of the circumstances did not indicate that he had committed or was committing an offense at the time of his arrest and that the marijuana, which was in plain view in the back seat of his vehicle, was improperly seized because the stop and detention were illegal.

Our review of the record reveals that the federal agents reasonably believed from the totality of circumstances that Goldberg was conducting a drug transaction and that probable cause existed for the arrest. *See United States v. Garcia,* 179 F.3d 265, 268–70 (5th Cir.1999). The marijuana was properly seized. *See Texas v. Brown,* 460 U.S. 730, 740, 103 S.Ct. 1535, 75 L.Ed.2d 502 (1983); *United States v. Wilson,* 36 F.3d 1298, 1306 (5th Cir. 1994). The district court's denial of the motion to suppress was correct.

AFFIRMED.

---

1. Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

